**Appeal Ordered Withdrawn and Opinion issued May 4, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-01300-CR

## WILLIAM R. ELLIOTT, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 382nd District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-96-476**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47